

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| USA <br><br> Plaintiff <br><br> v. <br><br> Artem Vaulin, <br><br> Defendant | Case No. 16 CR 438 <br> Judge Jeffrey T. Gilbert |

### ORDER

Arrest warrant issued to a Specal Agent, Homeland Security Investigations, as to Defendant Artem Vaulin. The Government's Motion to Seal Complaint, Affidavit and Arrest Warrant is granted. Enter Order.

(T: 00:00)

Date: 7/8/2016

Magistrate Judge Jeffrey T. Gilbert

*AW I to U.S. Marshals Service on 7-11-2016 by YAP*

Rev. 10/2013