FILED

JUL - 8 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

ARTEM VAULIN,
     also known as "tirm"

CASE NUMBER: 16 C R 438

UNDER SEAL

MAGISTRATE JUDGE GILBERT

### ORDER

The UNITED STATES OF AMERICA by its attorney, ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, having moved this Court to Seal the Complaint, Affidavit, Arrest Warrant, Seizure Warrants, and Motion to Seal, and having demonstrated good cause in support of its motion,

IT IS HEREBY ORDERED THAT the Complaint, Affidavit, Arrest Warrant, Seizure Warrants, and Motion to Seal be sealed until the time of arrest of the defendant in this case or further order of the Court, whichever occurs earlier.

This Order does not prohibit law enforcement personnel from disclosing the Complaint, Affidavit, Arrest Warrant, and Seizure Warrants as necessary to facilitate the enforcement of criminal law, including the execution of the warrant, or to any federal official to assist the official receiving the information in the performance of that official's duties.

Nor does this Order prohibit law enforcement personnel from disclosing the Complaint, Affidavit, Arrest Warrant, and Seizure Warrants as necessary to foreign authorities and via the International Criminal Police Organization ("INTERPOL"), for use in locating or arresting the defendant and in executing the Seizure Warrants.

ENTER:

Jeffrey T. Gilbert
United States Magistrate Judge

DATE: July 8, 2016