UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARTEM VAULIN,<br>    also known as "tirm" | CASE NUMBER: 16 CR 438<br><br>**UNDER SEAL** |

### ORDER

The United States of America, by its attorney, Zachary T. Fardon, United States Attorney for the Northern District of Illinois, having requested that this Court direct the Clerk's office provide the government with certified copies of the complaint, affidavit, and arrest warrant.

IT IS HEREBY ORDERED that the Clerk's office is directed to provide the government with certified copies of the complaint, affidavit, and arrest warrant. Except to the extent provided for in this order, the Clerk is directed to maintain any filings associated with this case under seal until further order of Court.

ENTER:

_____
Jeffrey T. Gilbert
United States Magistrate Judge

DATE: July 11, 2016