**FILED**
AUG 23 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JUDGE LEE

MAGISTRATE JUDGE GILBERT

**FELONY**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

16 CR 438

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? **YES**

   1a. If the answer is "YES" list the case number and title of the earliest filed complaint:
   **16 CR 438, U.S. v. Artem Vaulin, Magistrate Judge Gilbert**

   1b. Should this indictment or information receive a new case number from the court? **NO**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO**

3) Is this a re-filing of a previously dismissed indictment or information? **NO**

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO**

5) Is this a transfer of probation supervision from another district to this District? **NO**

6) What level of offense is this indictment or information? **FELONY**

7) Does this indictment or information involve eight or more defendants? **NO**

8) Does this indictment or information include a conspiracy count? **YES**

9) Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty:
   **Other Federal Statutes (III)**

10) List the statute of each of the offenses charged in the indictment or information.
    **17 USC, 506(a)(1)(A) and 506(a)(1)(C) and 18 USC 371, 1956(a)(2)(A), 1956(a)(2)(B)(i), 1956(h), 2319(b)(1) and 2319(d)(2)**

William E. Ridgway
Assistant United States Attorney