UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 16 CR 438 |
| ) | |
| ARTEM VAULIN, ) | |
|     aka "tirm," ) | |
| IEVGEN KUTSENKO, ) | |
|     aka "Eugene Kutsenko" and ) | |
|     "chill," and ) | |
| OLEKSANDR RADOSTIN, ) | |
|     aka "Alex Radostin," "pioneer," ) | |
|     and "pio" ) | |

## **DESIGNATION OF COUNSEL**

Please take notice that the undersigned Senior Counsel has been designated in the above-captioned case.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By:   s/ Ryan K. Dickey
      RYAN K. DICKEY
      Senior Counsel
      U.S. Department of Justice, Criminal Division
      Computer Crime and Intellectual Property Section
      1301 New York Avenue NW, Suite 600
      Washington, DC 20005
      (202) 616-1509
      Ryan.Dickey@usdoj.gov