**THE STATE BAR OF CALIFORNIA**

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617          TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

August 17, 2016

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, IRA PERRY ROTHKEN, #160029 was admitted to the practice of law in this state by the Supreme Court of California on November 23, 1992; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __San Francisco__
Subscribed and sworn to (or affirmed) before me this __17th__ day of __August__, 20__16__, by __Louise Turner__, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (Seal)

DANIEL SANCHEZ RODRIGUEZ
Commission # 2142594
Notary Public - California
San Francisco County
My Comm. Expires Feb 12, 2020

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records