UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No.   16 CR 438-1 |
| ARTEM VAULIN | ) ) | Honorable John Z. Lee |
| Defendant. | ) ) | |

## **DEFENDANT ARTEM VAULIN'S MOTION TO DIMISS**

Defendant ARTEM VAULIN, by and through his undersigned counsel, respectfully moves this Court to dismiss the Indictment for the reasons set forth in his accompanying Memorandum of Law.

Respectfully submitted,

/s/ Ira P. Rothken

Ira P. Rothken
ROTHKEN LAW FIRM
3 Hamilton Landing Suite 280
Novato, CA 94949
(415) 924-4250
(415) 924-2905
ira@techfirm.net
*Counsel for Artem Vaulin, Pro Hac Vice pending*

*/s/ Theodore T. Poulos*

Theodore T. Poulos
Marty Basu
COTSIRILOS, TIGHE, STREICKER,
   POULOS & CAMPBELL LTD.
33 North Dearborn Street, Suite 600
Chicago, Illinois 60602
(312) 263-0345
*Local Counsel for Artem Vaulin*