UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No.   16 CR 438-1 |
| ARTEM VAULIN | ) ) | Honorable John Z. Lee |
| Defendant. | ) ) | |

**DEFENDANT ARTEM VAULIN'S UNOPPOSED MOTION FOR LEAVE
TO FILE BRIEF IN EXCESS OF FIFTEEN PAGES**

Defendant ARTEM VAULIN, by his counsel, hereby respectfully moves that the Court permit him to file his Memorandum of Law in Support of his Motion to Dismiss the Indictment, which is in excess of the 15-page limit set by Local Rule 7.1.  In support of this motion, Defendant states as follows:

1.  On October 17, 2016, Defendant Vaulin filed his Motion to Dismiss the Indictment and his Memorandum of Law in Support of his Motion to Dismiss the Indictment.  Dkt. #26 and #27.

2.  The memorandum totaled 17 pages, 2 pages in excess of the fifteen-page limit set by Local Rule 7.1.

3.  This case involves a highly technical and complex technology, the understanding of which is necessary to fully appreciate the legal arguments in the memorandum.  Moreover, all of the arguments made in the memorandum are necessary and appropriate to address several substantive and complex issues.

4. Accordingly, Defendant Vaulin respectfully requests that the Court grant him leave to file his memorandum in excess of 15 pages.

5. Undersigned counsel has discussed this motion with Assistant United States Attorney William Ridgeway, who advised that the government has no objection to this motion for leave to file the memorandum in excess of 15 pages.

WHEREFORE, Defendant Vaulin respectfully requests that the Court grant him leave to file his combined brief in excess of the 15-page limit.

                                       Respectfully submitted,

                                       */s/ Marty Basu*
                                       *An Attorney for Defendant Artem Vaulin*

Theodore T. Poulos
Marty Basu
COTSIRILOS, TIGHE, STREICKER,
   POULOS & CAMPBELL LTD.
33 North Dearborn Street, Suite 600
Chicago, Illinois 60602
(312) 263-0345#