UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   16 CR 438-1 |
| | ) | |
| ARTEM VAULIN | ) | Honorable John Z. Lee |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, October 26, 2016, at 9:30 a.m., we shall appear before the Honorable John Z. Lee, United States District Judge, in the Courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois, and present *Motion for Leave to Appear Pro Hac Vice for Attorney Ira P. Rothken on Behalf of Defendant Artem Vaulin*.

Dated:  October 18, 2016                     Respectfully submitted,

*/s/ Theodore T. Poulos*

Theodore T. Poulos
Marty Basu
COTSIRILOS, TIGHE, STREICKER,
  POULOS & CAMPBELL LTD.
33 North Dearborn Street, Suite 600
Chicago, IL 60602
(312) 263-0345
*Local Counsel for Artem Vaulin*

## CERTIFICATE OF SERVICE

Marty Basu, an attorney, hereby certifies that in accordance with Fed.R.Crim.P. 49, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

- Notice of Motion; and

- Motion for Leave to Appear *Pro Hac Vice* for Attorney Ira P. Rothken on Behalf of Defendant Artem Vaulin; and

were served pursuant to the District Court's ECF system as to ECF filers, including the United States Attorney's Office.

/s/ Marty Basu