UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   16 CR 438-1 |
| | ) | |
| ARTEM VAULIN | ) | Honorable John Z. Lee |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, October 26, 2016, at 9:30 a.m., we shall appear before the Honorable John Z. Lee, United States District Judge, in the Courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois, and present *Defendant Artem Vaulin's Motion to Dismiss, with supporting Memorandum of Law*.

Dated:  October 18, 2016                    Respectfully submitted,

*/s/ Theodore T. Poulos*

Theodore T. Poulos
Marty Basu
COTSIRILOS, TIGHE, STREICKER,
  POULOS & CAMPBELL LTD.
33 North Dearborn Street, Suite 600
Chicago, IL 60602
(312) 263-0345
*Local Counsel for Artem Vaulin*

## CERTIFICATE OF SERVICE

Marty Basu, an attorney, hereby certifies that in accordance with Fed.R.Crim.P. 49, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

- Notice of Motion;

- Defendant Artem Vaulin's Motion to Dismiss; and

- Defendant Artem Vaulin's Memorandum of Law in Support of His Motion to Dismiss the Indictment

were served pursuant to the District Court's ECF system as to ECF filers, including the United States Attorney's Office.

/s/ Marty Basu