UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.      16 CR 438-1 |
| | ) | |
| ARTEM VAULIN | ) | Honorable John Z. Lee |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, October 26, 2016, at 9:30 a.m., we shall appear before the Honorable John Z. Lee, United States District Judge, in the Courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois, and present *Defendant Artem Vaulin's Unopposed Motion for Leave to File Brief in Excess of Fifteen Pages*.

Dated:  October 18, 2016                Respectfully submitted,

*/s/ Theodore T. Poulos*

Theodore T. Poulos
Marty Basu
COTSIRILOS, TIGHE, STREICKER,
    POULOS & CAMPBELL LTD.
33 North Dearborn Street, Suite 600
Chicago, IL 60602
(312) 263-0345
*Local Counsel for Artem Vaulin*

## <u>CERTIFICATE OF SERVICE</u>

Marty Basu, an attorney, hereby certifies that in accordance with Fed.R.Crim.P. 49, LR

5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

- Notice of Motion; and

- Defendant Artem Vaulin's Unopposed Motion for Leave to File Brief in
Excess of Fifteen Pages

were served pursuant to the District Court's ECF system as to ECF filers, including the United

States Attorney's Office.

<u>/s/ Marty Basu</u>