IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| | ) | Case No: 16-cr-438-1 |
| v. | ) | |
| | ) | Judge: John Z. Lee |
| | ) | |
| Artem Vaulin | ) | |

## ORDER

Motion hearing held on 10/26/16. The government reports that the Defendant is currently in custody in Poland and is going through extradition proceedings. Motion for leave to appear pro hac vice by Ira Perry Rothken [24] and Jared Robinson Smith [25] are granted. Defendant's unopposed motion for leave to file brief in excess of fifteen pages [28] is granted. The government's response to Defendant's motion to dismiss the indictment [26] shall be due by 11/4/16; reply due by 11/18/16; the briefs are limited to eighteen pages. Status hearing set for 12/20/16 at 10:00 a.m.

_____
John Z. Lee
United States District Court Judge

10/26/16

.10