UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

v.

ARTEM VAULIN

No. 16-CR-438

Honorable Judge John Z. Lee

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been

assigned in the above captioned case.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By:     s/   *Sean K. Driscoll*
SEAN K. DRISCOLL
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604