```
 1                IN THE UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
 2                          EASTERN DIVISION

 3   UNITED STATES OF AMERICA,      )  Docket No. 16 CR 438-1
                                    )
 4                  Plaintiff,      )
                                    )
 5             v.                   )  Chicago, Illinois
                                    )  October 26, 2016
 6   ARTEM VAULIN, also known as    )  9:30 o'clock a.m.
     Tirm,                          )
 7                                  )
                    Defendant.      )
 8
                  TRANSCRIPT OF PROCEEDINGS - MOTION
 9                BEFORE THE HONORABLE JOHN Z. LEE

10   APPEARANCES:

11   For the Government:         HON. ZACHARY T. FARDON
                                 United States Attorney, by
12                               MR. WILLIAM RIDGWAY
                                 MR. DEVLIN N. SU
13                               Assistant United States Attorneys
                                 219 South Dearborn Street
14                               Chicago, Illinois 60604

15   For the Defendant:          COTSIRILOS, TIGHE, STREICKER,
                                 POULOS & CAMPBELL, LTD., by
16                               MR. THEODORE THOMAS POULOS
                                 MR. MARTY BASU
17                               33 North Dearborn Street
                                 Suite 600
18                               Chicago, Illinois 60602

19                               ROTHKEN LAW FIRM, by
                                 MR. IRA P. ROTHKEN
20                               3 Hamilton Landing
                                 Suite 280
21                               Novato, California 94949
                                 (appearing telephonically)
22
                        ALEXANDRA ROTH, CSR, RPR
23                        Official Court Reporter
                         219 South Dearborn Street
24                              Room 1224
                          Chicago, Illinois 60604
25                            (312) 408-5038
```

```
 1       (Proceedings had in open court:)
 2           THE CLERK:  Case 16 CR 438, USA versus Artem Vaulin.
 3           MR. ROTHKEN:  Thank you, your Honor.  Ira Rothken
 4   appearing for Artem Vaulin.
 5           THE COURT:  Mr. Rothken, this is Judge Lee.  We are
 6   going to call you right back.  We seem to have a bad
 7   connection.
 8           MR. ROTHKEN:  Thank you, Judge Lee.  I'm sorry about
 9   that.
10           THE COURT:  Not your fault.  We will try you right
11   back.
12       (Brief pause.)
13           MR. ROTHKEN:  Can you hear me better?
14           THE COURT:  Yes, that's much better.
15           So, counsel, will you please introduce yourself?
16           MR. POULOS:  Good morning, your Honor.  My name is Ted
17   Poulos.  With me is my associate Marty Basu.  We are here on
18   behalf of Artem Vaulin as local counsel.
19           MR. BASU:  Good morning, your Honor.
20           MR. RIDGWAY:  William Ridgway and Devlin Su on behalf
21   of the United States.
22           THE COURT:  And, Mr. Rothken, can you please identify
23   yourself again for the record.
24           MR. ROTHKEN:  My name is Ira Rothken.  I represent the
25   defendant Artem Vaulin.
```

1        THE COURT:  All right.  So there are a couple of
2  motions that have been filed by the defendant.  One is motion
3  to appear pro hac vice.  Is there an objection to the motion?
4        MR. RIDGWAY:  No, your Honor.
5        THE COURT:  So the motion to appear pro hac vice is
6  granted.
7        Defendants also filed a motion to dismiss the
8  indictment.  Where is the defendant at the moment?
9        MR. RIDGWAY:  Your Honor, the defendant is in Poland.
10 He is being held in custody at this time, and he is going
11 through extradition proceedings at this time.  It's my
12 understanding we're still at the early stages of those
13 proceedings.
14       So to the extent we are going to have to have a
15 schedule on this, I guess our request is that we have a prompt
16 one.  It's our concern that those extradition proceedings may
17 be delayed because of the pendency of this motion.  Or there
18 may be, sometimes we've seen in previous cases, some
19 speculation as to how the Court would rule could affect those
20 proceedings.  We would much prefer them to be based on the
21 evidence presented and having a clear record for those
22 proceedings.
23       So our request is, if we're going to have a ruling on
24 this motion, we could have it promptly.  So we are prepared to
25 file a response within a week.

1               MR. POULOS:  That's fine, your Honor.  We would ask
2    for two weeks to submit our reply.
3               THE COURT:  All right.  So I will give the government
4    until next Friday, November 4, to file their response to the
5    motion to dismiss the indictment.  The reply will be due by
6    November 18.  And once it's fully briefed, we will set this
7    case for further status, Tuesday, December 20, at 10:00
8    o'clock.
9               Does that work for everyone?
10              MR. POULOS:  Yes.
11              MR. RIDGWAY:  That's fine, your Honor.  I would say,
12   be able to get in front of the Court earlier than that, that
13   would be preferrable.  But we understand the Court's schedule.
14              THE COURT:  Okay.
15              MR. POULOS:  Thank you, your Honor.
16              Couple other very minor housekeeping matters.  Just to
17   be clear, with respect to the pro hac vice motion, that's for
18   Mr. Rothken and his associate Jared Smith.  And, your Honor, we
19   did file a motion for leave to file a brief in excess of 15
20   pages that's unopposed as well.
21              THE COURT:  All right.  So that's granted.
22              How long is the government's brief going to be?
23              MR. RIDGWAY:  Your Honor, we hope to have it under 15,
24   but I think maybe it's prudent for us, if it's okay, if we
25   request permission to file an oversized brief as well in

```
1   response.
2            THE COURT:  How long is defendant's brief?
3            MR. BASU:  Seventeen pages.
4            THE COURT:  Okay.  I want both the response and reply
5   to be -- I will set 18 pages.  Get it under 18 pages, 18 or
6   under.
7            MR. POULOS:  Thank you, Judge.  Thank you very much.
8        (Which were all the proceedings heard in this case.)
9                              CERTIFICATE
10           I HEREBY CERTIFY that the foregoing is a true, correct
11  and complete transcript of the proceedings had at the hearing
12  of the aforementioned cause on the day and date hereof.
13
14   /s/Alexandra Roth                              1/27/2017
    _____         _____
15   Official Court Reporter                          Date
     U.S. District Court
16   Northern District of Illinois
     Eastern Division
```