UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>ARTEM VAULIN, also known as "tirm" | No. 16 CR 438–1<br><br>Judge John Z. Lee |

## GOVERNMENT'S STATUS REPORT

The United States of America, by its attorney, ZACHARY T. FARDON, submits the following status report. On or about February 22, 2017, the Polish trial court ordered that defendant Artem Vaulin is eligible for extradition to the United States on all counts. He has multiple levels of appeal available to him in Poland.

Dated:   March 6, 2017          Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By:     */s/ Devlin N. Su*
DEVLIN N. SU
SEAN DRISCOLL
Assistant United States Attorneys
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 886-0667

RYAN K. DICKEY
Senior Counsel
Criminal Division, Computer Crime and
Intellectual Property Section
1301 New York Avenue NW
Washington, DC 20005
(202) 616-1509