UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 16 CR 438–1 |
| vs. | Judge John Z. Lee |
| ARTEM VAULIN, also known as "tirm" | |

### DEFENDANT ARTEM VAULIN'S RESPONSE TO GOVERNMENT'S STATUS REPORT

Defendant Artem Vaulin, by its attorneys, Ira P. Rothken and Theodore T. Poulos, submits the following response to the Government's status report, filed on March 6, 2017. We concur that on or about February 22, 2017, the Polish trial court ordered that defendant Artem Vaulin is eligible for extradition to the United States on all counts and that he has appellate rights available to him in Poland. Mr. Vaulin also intends on appealing his lack of bail and extradition decision to the European Court on Human Rights. The Poland and EU appellate processes are expected to take over a year.

The above development does not change the parties' respective views as articulated in the motion to dismiss proceeding and Defendant's view of the importance and urgency that His Honor rule on the pending motion to dismiss. Artem Vaulin remains in prison in Warsaw, Poland, where US defense counsel, Ira Rothken, was allowed to meet with him on March 2nd and 3rd.

///

///

///

///

1

The motion to dismiss ruling, when provided, will be delivered by counsel to the Poland Court of Appeals and the European Court on Human Rights.

Dated: March 6, 2017

Respectfully submitted,

ROTHKEN LAW FIRM

By: /s/ *Ira P. Rothken*
Ira P. Rothken
Jared R. Smith
3 Hamilton Landing, Suite 280
Novato, CA 94949
(415) 924-4250
(415) 924-2905 (fax)
ira@techfirm.net
*Counsel for Artem Vaulin, Pro Hac Vice*

Theodore T. Poulos
Marty Basu
Cotsirilos, Tighe, Streicker, Poulos & Campbell
33 North Dearborn Street
Suite 600
Chicago, Illinois 60602
(312) 263-0345
*Local Counsel for Artem Vaulin*