UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | No. | 16 CR 438-1 |
| | ) | | |
| ARTEM VAULIN | ) | Honorable John Z. Lee | |
| | ) | | |
| Defendant. | ) | | |

**<u>DEFENDANT VAULIN'S MOTION FOR A STATUS CONFERENCE</u>**

Defendant Artem Vaulin, by and through his undersigned counsel, respectfully requests that the Court schedule a status conference in this matter so that the parties may apprise the Court of recent developments in the Polish extradition proceedings and to discuss the status of Defendant's pending motion to dismiss the indictment. In support of this motion, Defendant states as follows:

1. As the parties previously informed the Court, on or about February 22, 2017, the Polish trial court determined that Mr. Vaulin is eligible for extradition to the United States on all counts. Mr. Vaulin, however, has appellate rights available to him of which he may avail himself.

2. Significantly, on or about May 18, 2017, based on Mr. Vaulin's health issues and the need to obtain proper treatment and care, the Polish court granted Mr. Vaulin bail. Thus, Mr. Vaulin is now free on a secured bond. His release from custody has dramatically increased his ability to communicate with his attorneys in the United States.

3. Mr. Vaulin and his counsel in the United States recently have engaged in discussions with the government to determine if the parties can resolve this matter, or at least certain significant issues like, for example, issues relating to the proper calculation of the

sentencing guidelines and/or the possibility of an agreement for bond should Mr. Vaulin decide to voluntarily surrender to the United States authorities and appear before this Court to resolve the pending charges.

4.  Undersigned counsel believes that a ruling on Mr. Vaulin's pending motion to dismiss some or all of the charges in the indictment would facilitate and greatly influence the parties' ability to resolve this matter, or at least a great many of the issues attendant thereto.

WHEREFORE, Defendant Vaulin respectfully requests that the Court schedule a status conference in this matter.

Dated: June 14, 2017

Respectfully submitted,

*/s/ Theodore T. Poulos*

Theodore T. Poulos
Marty Basu
COTSIRILOS, TIGHE, STREICKER,
    POULOS & CAMPBELL LTD.
33 North Dearborn Street, Suite 600
Chicago, IL 60602
(312) 263-0345
*Local Counsel for Artem Vaulin*

Ira P. Rothken
Jared R. Smith
3 Hamilton Landing, Suite 280
Novato, CA 94949
(415) 924-4250
(415) 924-2905 (fax)
ira@techfirm.net
*Counsel for Artem Vaulin, Pro Hac Vice*