UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.    16 CR 438-1 |
| | ) | |
| ARTEM VAULIN | ) | Honorable John Z. Lee |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, June 21, 2017, at 9:30 a.m., we shall appear before the Honorable John Z. Lee, United States District Judge, in the Courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois, and present *Defendant Artem Vaulin's Motion For a Status Conference*.

Dated:  June 14, 2017                                    Respectfully submitted,

                                                         */s/ Marty Basu*

                                                         Theodore T. Poulos
                                                         Marty Basu
                                                         COTSIRILOS, TIGHE, STREICKER,
                                                            POULOS & CAMPBELL LTD.
                                                         33 North Dearborn Street, Suite 600
                                                         Chicago, IL 60602
                                                         (312) 263-0345
                                                         *Local Counsel for Artem Vaulin*

                                                         Ira P. Rothken
                                                         Jared R. Smith
                                                         3 Hamilton Landing, Suite 280
                                                         Novato, CA 94949
                                                         (415) 924-4250
                                                         (415) 924-2905 (fax)
                                                         ira@techfirm.net
                                                         *Counsel for Artem Vaulin, Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

Marty Basu, an attorney, hereby certifies that in accordance with Fed.R.Crim.P. 49, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

- Notice of Motion; and
- Defendant Artem Vaulin's Motion for a Status Conference

were served pursuant to the District Court's ECF system as to ECF filers, including the United States Attorney's Office.

/s/ Marty Basu