## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

UNITED STATES OF AMERICA

                                   Plaintiff,

v.                                                                      Case No.: 1:16–cr–00438
                                                                     Honorable John Z. Lee

Artem Vaulin, et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 21, 2017:

       MINUTE entry before the Honorable John Z. Lee: As to Artem Vaulin. Motion hearing held on 6/21/17. Defendant's motion for a status conference [46] is granted. Defense counsel reports that the Defendant is currently on bond in Poland. Motion for leave to appear pro hac vice by Valentin David Gurvits [45] is granted. The Court will issue the ruling on the pending motion to dismiss by mail. Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.