# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                                               Case No.: 1:16–cr–00438

                                                                          Honorable John Z. Lee

Artem Vaulin, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 24, 2017:

      MINUTE entry before the Honorable John Z. Lee:As to Artem Vaulin. The government reports that Defendant is continuing to appeal the extradition order in Poland. Status hearing set for 12/6/17 at 9:30 a.m. Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.