**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                                      Case No.: 1:16−cr−00438
                                                      Honorable John Z. Lee

Artem Vaulin, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 3, 2018:

      MINUTE entry before the Honorable John Z. Lee: As to Artem Vaulin. Status hearing held on 4/3/18. The government reports that Defendant is continuing to appeal the extradition order in Poland. Status hearing set for 7/11/18 at 9:30 a.m. A status report should be filed by 7/9/18. Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.