UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>ARTEM VAULIN, also known as "tirm" | No. 16 CR 438–1<br><br>Judge John Z. Lee |

## AGREED STATUS REPORT

The United States of America, by its attorney, JOHN R. LAUSCH, JR., submits the following status report: Defendant is still undergoing extradition proceedings in Poland, and the parties are not currently aware of a timetable for a resolution of those proceedings. Counsel for the government has contacted defendant's local counsel, who indicated that he agreed with this report.

Dated:	October 9, 2018	Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:	*/s/ Devlin N. Su*
DEVLIN N. SU
SEAN DRISCOLL
Assistant United States Attorneys
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 886-0667

RYAN DICKEY
KEBHARU SMITH
Criminal Division, Computer Crime and
Intellectual Property Section
1301 New York Avenue NW
Washington, DC 20005
(202) 616-1509