UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARTEM VAULIN, also known as "tirm" | No. 16 CR 438–1<br><br>Judge John Z. Lee |

## UNOPPOSED STATUS REPORT

The United States of America, by its attorney, JOHN R. LAUSCH, JR., submits the following status report: Defendant is still undergoing extradition proceedings in Poland, and the parties are not currently aware of a timetable for a resolution of those proceedings. Counsel for the government has contacted defendant's local counsel, who indicated that he had no objection to this report.

Dated:   July 16, 2019           Respectfully submitted,

                                  JOHN R. LAUSCH, JR.
                                  United States Attorney

                          By:    */s/ Devlin N. Su*
                                  DEVLIN N. SU
                                  SEAN DRISCOLL
                                  Assistant United States Attorneys
                                  219 South Dearborn Street, 5th Floor
                                  Chicago, Illinois 60604
                                  (312) 886-0667

                                  RYAN DICKEY
                                  KEBHARU SMITH
                                  Criminal Division, Computer Crime and
                                  Intellectual Property Section
                                  1301 New York Avenue NW
                                  Washington, DC 20005
                                  (202) 616-1509