# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

UNITED STATES OF AMERICA

                                    Plaintiff,

v.                                                                Case No.: 1:16−cr−00438

                                                                                 Honorable John Z. Lee

Artem Vaulin, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 3, 2020:

      MINUTE entry before the Honorable John Z. Lee:As to Artem Vaulin. Pursuant to the Second Amended General Order 20−0012, In re: Coronavirus COVID−19 Public Emergency (dated Mar. 30, 2020), the status hearing set for 4/16/20 is hereby stricken. In accordance with the terms of the General Order and for the reasons stated therein, the Court excludes time under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A). The Court will issue an order scheduling a status hearing at a future date. Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.