UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | No. | 16 CR 438-1 |
| | ) | | |
| ARTEM VAULIN | ) | Honorable John Z. Lee | |
| | ) | | |
| Defendant. | ) | | |

**ATTORNEY MARTY BASU'S MOTION TO WITHDRAW AS COUNSEL FOR
DEFENDANT ARTEM VAULIN**

Pursuant to Local Rule 83.17, attorney MARTY BASU respectfully moves to withdraw as counsel for DEFENDANT ARTEM VAULIN.  In support of this motion, Mr. Basu states as follow:

1.    On October 17, 2016, Attorney Marty Basu, along with attorney Theodore T. Poulos, of the firm Cotsirilos, Tighe, Streicker, Poulos & Campbell, Ltd. ("Cotsirilos") filed an appearance in this matter on behalf of Defendant Vaulin.

2.    On April 30, 2020, Mr. Basu will be leaving Cotsirilos, Tighe, Streicker, Poulos & Campbell to join the U.S. Attorney's Office in the Northern District of Texas as an Assistant U.S. Attorney.

3.    Therefore, Mr. Basu respectfully requests that the Court allow him to withdraw as counsel for Defendant Vaulin.

4.    Mr. Poulos will continue to represent Defendant Vaulin as local counsel.

WHEREFORE, Attorney Marty Basu respectfully requests, pursuant to Local Rule 83.17, that the Court grant him leave to withdraw as counsel for Defendant Vaulin.

Dated:  April 26, 2020

Respectfully submitted,


/s/ Marty Basu
*An attorney for Defendant Artem Vaulin*

Theodore T. Poulos
Marty Basu
COTSIRILOS, TIGHE, STREICKER,
     POULOS, & CAMPBELL, LTD.
33 North Dearborn Street, Suite 600
Chicago, Illinois 60602
(312) 263-0345