UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARTEM VAULIN, also known as "tirm" | No. 16 CR 438–1<br><br>Judge John Z. Lee |

## UNOPPOSED STATUS REPORT

The United States of America, by its attorney, JOHN R. LAUSCH, JR., submits the following status report: Defendant is still undergoing extradition proceedings in Poland, and the parties are not currently aware of a timetable for a resolution of those proceedings. Accordingly, no discovery has been produced, and the parties do not currently need a court date to be set within the next 60 days. If that changes, the parties will contact the Court.

Counsel for the government has contacted defendant's local counsel, who indicated that he had no objection to this report.

Dated: June 5, 2020          Respectfully submitted,

                                             JOHN R. LAUSCH, JR.
                                             United States Attorney

By:     */s/ Devlin N. Su*
         DEVLIN N. SU
         SEAN DRISCOLL
         Assistant United States Attorneys
         219 South Dearborn Street, 5th Floor
         Chicago, Illinois 60604
         (312) 886-0667

         RYAN DICKEY
         KEBHARU SMITH
         Criminal Division, Computer Crime and
         Intellectual Property Section
         1301 New York Avenue NW
         Washington, DC 20005
         (202) 616-1509