UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARTEM VAULIN, also known as "tirm" | No. 16 CR 438–1<br><br>Judge John Z. Lee |

**UNOPPOSED STATUS REPORT**

The United States of America, by its attorney, JOHN R. LAUSCH, JR., submits the following status report: Defendant is still undergoing extradition proceedings in Poland, and the parties are not currently aware of a timetable for a resolution of those proceedings. Accordingly, no discovery has been produced, and the parties do not currently need a court date to be set within the next 60 days. If that changes, the parties will contact the Court. The parties are not currently engaging in plea negotiations.

Counsel for the government has contacted defendant's local counsel, who indicated that he had no objection to this report.

Dated: August 7, 2020						Respectfully submitted,

                                                                                 JOHN R. LAUSCH, JR.
                                                                                 United States Attorney

By:	*/s/ Sean K. Driscoll*
	DEVLIN N. SU
	SEAN DRISCOLL
	Assistant United States Attorneys
	219 South Dearborn Street, 5th Floor
	Chicago, Illinois 60604
	(312) 886-0667

	RYAN DICKEY
	KEBHARU SMITH
	Criminal Division, Computer Crime and
	Intellectual Property Section
	1301 New York Avenue NW
	Washington, DC 20005
	(202) 616-1509