UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARTEM VAULIN, also known as "tirm" | No. 16 CR 438–1<br><br>Judge John Z. Lee |

## STATUS REPORT

The United States of America, by its attorney, JOHN R. LAUSCH, JR., submits the following status report regarding defendant Artem Vaulin:

1. According to information recently received from the Polish Ministry of Justice, defendant Artem Vaulin has left Poland in violation of his release conditions, and his current whereabouts are unknown. For health reasons, Polish authorities released Vaulin on bail in May 2017, which included police supervision and a ban on leaving the country. According to the Polish Ministry of Justice, however, Vaulin has left the country and his bail was forfeited by the District Court in Warsaw on August 26, 2020. As such, extradition proceedings in Poland are no longer continuing.

2. The government has contacted local counsel for Mr. Vaulin to apprise him of this new information.

Dated: October 7, 2020 Respectfully submitted,

        JOHN R. LAUSCH, JR.
        United States Attorney

By:   */s/ Sean K. Driscoll*
       SEAN DRISCOLL
       Assistant United States Attorneys
       219 South Dearborn Street, 5th Floor
       Chicago, Illinois 60604
       (312) 469-6151

       RYAN DICKEY
       KEBHARU SMITH
       Criminal Division, Computer Crime and
       Intellectual Property Section
       1301 New York Avenue NW
       Washington, DC 20005
       (202) 616-1509