# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
## Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:16−cr−00438
Honorable John Z. Lee

Artem Vaulin, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 8, 2020:

MINUTE entry before the Honorable John Z. Lee:As to Artem Vaulin, Ievgen Kutsenko, Oleksandr Radostin. The Court orders the parties to file a joint written status report by 10/22/20. The report, which shall be as concise as possible, shall address for each defendant: (1) the progress of discovery; (2) the status of briefing on any unresolved motions; (3) whether the parties are engaging in plea negotiations; (4) for cases without any future court dates, an agreed proposed schedule for the next 60 days; (5) for cases that have future court dates, an agreed revised schedule if the current schedule needs revision; (6) a request for any agreed action that the Court can take without a hearing; (7) whether the parties believe a telephonic hearing or in−person hearing is necessary within the next 60 days, and, if so, the reasons for the request (and, if the parties are requesting a status hearing, whether defendant will waive his/her appearance); and (8) whether the defendant agrees to exclude time for the purposes of the Speedy Trial Act for the next 60 days. Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.