UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 16 CR 438-1 |
| ) | |
| ARTEM VAULIN, also known as Tirm, ) | Honorable John Z. Lee |
| ) | |
| Defendant. ) | |

### UNOPPOSED MOTION TO WITHDRAW AS COUNSEL
### FOR DEFENDANT ARTEM VAULIN

Undersigned counsel, Theodore T. Poulos of Cotsirilos, Tighe, Streicker, Poulos and Campbell, Ltd., Ira P. Rothken and Jared R. Smith of Rothken Law Firm, and Valentin Gurvits of Boston Law Group, PC hereby respectfully request to withdraw their appearances as counsel of record for Defendant Artem Vaulin. In support of this Motion, undersigned counsel state as follows:

1. On July 8, 2016, the Government filed a criminal complaint against Defendant Artem Vaulin who was arrested in Poland. On August 23, 2016, the Government brought an Indictment against Defendant Vaulin.

2. Defendant Vaulin challenged his extradition to the United States. He remained in custody in Poland until May 2017 when Polish authorities released him on bail.

3. On October 7, 2020, the Government filed a Status Report advising the Court that according to the Polish Ministry of Justice, Defendant Vaulin left Poland and forfeited his bail.

4. The extradition proceedings in Poland are no longer continuing and, apparently, Defendant Vaulin is now a fugitive.

5.  Because Defendant Vaulin appears to have intentionally violated the conditions of release and became a fugitive, undersigned counsel are no longer amenable to representing Defendant Vaulin and wish to withdraw as his counsel.

6.  A draft copy of this Motion was provided to Assistant U.S. Attorney Sean Driscoll who advised that the Government does not oppose this Motion.

Accordingly, movants Theodore T. Poulos of Cotsirilos, Tighe, Streicker, Poulos and Campbell, Ltd., Ira P. Rothken and Jared R. Smith of Rothken Law Firm, and Valentin Gurvits of Boston Law Group, PC respectfully request that the Court enter an Order permitting them and their law firms to withdraw as counsel of record for Defendant Artem Vaulin.

Dated: October 20, 2020

Respectfully submitted,

*/s/ Theodore T. Poulos*
Theodore T. Poulos
Cotsirilos, Tighe, Streicker, Poulos
  & Campbell, Ltd.
33 North Dearborn Street, Suite 600
Chicago, IL 60602
(312) 263-0345
*Local Counsel for Artem Vaulin*

*/s/ Ira P. Rothken*
*/s/ Jared R. Smith*
Ira P. Rothken
Jared R. Smith
Rothken Law Firm
3 Hamilton Landing, Suite 280
Novato, CA 94949
(415) 924-4250
*Counsel for Artem Vaulin, Pro Hac Vice*

*/s/ Valentin Gurvits*
Valentin Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
(617) 928-1800
*Counsel for Artem Vaulin, Pro Hac Vice*

## CERTIFICATE OF SERVICE

Theodore T. Poulos, an attorney, hereby certifies that in accordance with Fed.R.Crim.P. 49, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

- Unopposed Motion To Withdraw As Counsel For Defendant Artem Vaulin

was served pursuant to the District Court's ECF system as to ECF filers, including the United States Attorney's Office.

/s/ Theodore T. Poulos