

# United States District Court
# Northern District of Illinois

In the Matter of

| United States of America | Fugitive Judge *Fugitive Calendar |
|---|---|
| v. | Case No. 16-CR-438-1 |
| Artem Vaulin | Designated Magistrate Judge Jeffrey T. Gilbert |

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be reassigned to the calendar of Judge *Fugitive Calendar. The reason for my recommendation are indicated on the reverse of this form.

**Judge John Z. Lee**

Date: Wednesday, October 21, 2020

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge *Fugitive Calendar.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

**Chief Judge Rebecca R. Pallmeyer**

Dated: Wednesday, October 21, 2020

District Reassignment - Named Judge

**Reason(s) For Recommendation:**

- IOP 13(b)(1) This case should be transferred to the Fugitive Calendar as the defendant is fugitive.

........................................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS:

District Reassignment - Named Judge