UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARTEM VAULIN et al. | No. 16 CR 438<br><br>Judge John Z. Lee |

## **STATUS REPORT**

The United States of America, by its attorney, JOHN R. LAUSCH, JR., submits the following status report in response to the Court's minute order, Dkt. 86:

1. The government has previously reported to the Court that defendant Artem Vaulin has left Poland in violation of his release conditions, and his current whereabouts are unknown. As such, extradition proceedings in Poland are no longer continuing. Dkt. 85.

2. Counsel for Artem Vaulin have been granted leave to withdraw from the case in light of defendant Vaulin's status as a fugitive, and his case has been moved to the Court's fugitive calendar. Dkt. 88, 89.

3. The remaining defendants in this case have not been arrested, and the government is not aware of any attorneys who represent them. The government will apprise the Court if the remaining defendants are arrested. The government does not

anticipate the need for any further status hearings in this case until the defendants are located.

Dated: October 22, 2020          Respectfully submitted,

                                         JOHN R. LAUSCH, JR.
                                         United States Attorney

By:    */s/ Sean K. Driscoll*
         SEAN DRISCOLL
         Assistant United States Attorney
         219 South Dearborn Street, 5th Floor
         Chicago, Illinois 60604
         (312) 469-6151

         RYAN DICKEY
         KEBHARU SMITH
         Criminal Division, Computer Crime and
         Intellectual Property Section
         1301 New York Avenue NW
         Washington, DC 20005
         (202) 616-1509